RUTH M. YOUNG, Respondent, *v.* CHARLES W. YOUNG, Appellant. FLORENCE W. CAMERON, Appellant.

Submitted May 18, 1953; decided May 29, 1953.

*Francis B. Delehanty, Jr., Harold H. Corbin* and *Donald L. Stumpf* for motion.

*Thomas G. Prioleau* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.